# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Minerva S. Hernandez | Case No.: 10–59243 ASW 13 |
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's order filed on September 3, 2010 , it is ordered that this case is hereby **dismissed**.

Dated: 9/20/10

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge